632 A.2d 876

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**John J. SIMMONDS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 20, 1993.

Decided Nov. 23, 1993.

Lester G. Nauhaus, Public Defender, Shelley Stark, Chief–Appellate Div., James G. Stock, Appellate Counsel, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Kemal A. Mericli, Asst. Dist. Atty., Edward Marcus Clark, Asst. Dist. Attys., Pittsburgh, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents.